IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR HERNANDEZ AGUILAR,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE REGARDING ADMISSIBILITY OF A-FILE<br><br><br>Case No. 2:11-CR-400 TS |

This matter is before the Court on the Government's Trial Brief Regarding Admissibility of A-File Under F.R.E. 803(6) and F.R.E. 803(8). The Court is construing this Trial Brief as a Motion in Limine and, consistent with the Defendant's concessions and the Court's ruling at the hearing on January 5, 2012, will grant the Government's Motion.

It is therefore

ORDERED that the Government's Motion in Limine Regarding Admissibility of A-File (Docket No. 22) is GRANTED.

DATED   January 10, 2012.

                BY THE COURT:

                _____
                TED STEWART
                United States District Judge